[No. 47716-5-II.   Division Two.   January 24, 2017.]

ALEX SAFRANSKI, *Appellant*, v. DUMA VIDEO, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-02882-0, David E. Gregerson, J., entered May 28, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47867-6-II.   Division Two.   January 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN KINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00443-0, Richard L. Brosey, J., entered July 14, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 47987-7-II.   Division Two.   January 24, 2017.]

BRANDON K. ROE ET AL., *Appellants*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-01483-9, Carol Murphy, J., entered July 17, 2015. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 48070-1-II.   Division Two.   January 24, 2017.]

KEISHA BAUMGARTNER, *as Personal Representative*, *Appellant*, v. COLUMBIA ANESTHESIA GROUP, PS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-02571-5, David E. Gregerson, J., entered August 27, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.